IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EARTHLINK BUSINESS, LLC, )<br>)<br>    Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>HIBERNIA ATLANTIC U.S., LLC )<br>)<br>    Defendant. )<br>  ) | CIVIL ACTION FILE NO:<br><br>(Removed from the Superior<br>Court of Fulton County) |

## DEFENDANT'S NOTICE OF REMOVAL

TO:   The Judges of the United States District Court, Northern District of Georgia, Atlanta Division.

Pursuant to 28 U.S.C. sections 1441 and 1446, Defendant Hibernia Atlantic U.S., LLC ("Hibernia" or "Defendant"), by limited and special appearance, hereby files this Notice of Removal, removing this action from the Superior Court of Fulton County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.  Removal is premised on the following grounds:

## I. STATEMENT OF FACTS

1.

On December 5, 2014, Plaintiff EarthLink Business, LLC ("EarthLink" or "Plaintiff") filed a Complaint against Hibernia in the Superior Court of Fulton County, Georgia, Civil Action File No. 2014CV254602 (the "Complaint").

2.

Hibernia was served with a copy of the Complaint on December 5, 2014.

3.

A copy of the Complaint is attached hereto as Exhibit "A."

4.

Copies of discovery requests filed with the Complaint are attached as Exhibits "B", "C", and "D".

5.

To the undersigned's knowledge, no other pleadings have been filed in this action to date.

## II. DIVERSITY JURISDICTION

6.

Pursuant to 28 U.S.C. section 1332(a), the Federal Court has "original jurisdiction of all civil actions where the matter in controversy exceeds the sum or

value of $75,000, exclusive of interest and costs, and is between (1) citizens of different States.. . .".

7.

EarthLink is a limited liability company organized and existing under the laws of the State of Delaware.  EarthLink maintains its principal place of business at 1375 Peachtree Street, N.E., Atlanta, Georgia 30309.  (Complaint, at ¶ 1). Accordingly, EarthLink is a citizen of the States of Delaware and Georgia.

8.

Hibernia is a limited liability company organized and existing under the laws of the State of Washington.  Hibernia maintains its principal place of business in the State of New Jersey.  (Complaint, at ¶ 3).  Accordingly, Hibernia is a citizen of the States of Washington and New Jersey.

9.

Plaintiff's claims against the Defendant seek damages in excess of $75,000, exclusive of interest and costs.  (Complaint, at ¶ 20).  Therefore, the amount in controversy requirement is met.

10.

Based upon the foregoing, this Court has original jurisdiction over the Complaint under 28 U.S.C. section 1332.  There is complete diversity between

Plaintiff and Defendant, and the amount in controversy exceeds $75,000, exclusive of costs and interests.

11.

Because the Complaint is currently pending before the Superior Court of Fulton County, Georgia, this district is the proper venue for the action upon removal under 28 U.S.C. section 1441(a).

### IV.   NOTICE TIMELY FILED

12.

Hibernia was not on notice of this lawsuit until it was served with the Complaint on December 5, 2014.  Accordingly, pursuant to 28 U.S.C. section 1446(b) and F.R.C.P 6(a)(1)(C), Hibernia has filed this Notice of Removal within thirty days of its receipt of the Complaint.

### V.   CONCLUSION

This Court has diversity jurisdiction over the Complaint pursuant to 28 U.S.C. section 1332, and Hibernia timely filed its Notice of Removal, pursuant to 28 U.S.C. section 1446.  Therefore, Hibernia may remove the Complaint pursuant to 28 U.S.C. section 1441(a).

-5-

Respectfully submitted, this the 5th day of January, 2015.

                      BERMAN FINK VAN HORN P.C.

                      By:  *s/ Neal F. Weinrich*
                            Neal F. Weinrich
                            Georgia Bar No: 294586

3475 Piedmont Road, NE., Suite 1110    COUNSEL FOR DEFENDANT
Atlanta, Georgia 30305                        HIBERNIA ATLANTIC U.S. LLC
(404) 261-7711
(404) 233-1943 (Fax)
657826

*Of counsel:*

Mark S. Resnick, Esq.
ResnickLaw LLC
5 Park Street, Suite 300
Brookline, Massachusetts 02446
(617) 277-0380 (telephone)
(508) 749-6031 (fax)

## **CERTIFICATE OF SERVICE**

I certify that, on January 5, 2015, I electronically filed the foregoing **DEFENDANT'S NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

>Lawrence A. Slovensky, Esq.
>lslovensky@kslaw.com
>Lohr A. Beck-Kemp, Esq.
>lbeck-kemp@kslaw.com
>King & Spalding LLP
>1180 Peachtree Street
>Atlanta, Georgia 30309
>***Counsel for Plaintiff EarthLink Business LLC***

>>BERMAN FINK VAN HORN P.C.

>>By:   *s/ Neal F. Weinrich*
>>Neal F. Weinrich
>>Georgia Bar No: 294586